**MCFARLIN LLP**
Timothy G. McFarlin (State Bar No. 223378)
Email: tim@mcfarlinlaw.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 544-2640
Fax: (949) 336-7612

Attorneys for Plaintiff
KEVIN ROBINSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ROBINSON, an Individual, | Case No.: 8:21-cv-01087-JLS-JDE |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE.** |
| BREWER PROPERTIES LLC, a California limited liability company, 7-ELEVEN, #18284 a business of unknown form, and DOES 1-10, | [Fed.R.Civ.P. 41(a)] |
| Defendants. | |

Date Filed: June 1, 2021
Trial Date: Not Yet Set

- 1 -

1    TO DEFENDANTS AND THEIR ATTORNEYS OF RECORDS:

2         PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the <u>Federal Rules</u>

3    <u>of Civil Procedure</u>, Plaintiff KEVIN ROBINON, voluntarily dismisses the above-

4    captioned action without prejudice.

5

6    DATED: September 27, 2021              **MCFARLIN LLP**

7

8                                   By:    /s/ Timothy G. McFarlin

9                                          _____

                                           Timothy G. McFarlin
10                                         Attorneys for Plaintiff
                                           KEVIN ROBINSON
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -